36 So.2d 136

### Hughie (alias Huey) LONG v. STATE.
### 4 Div. 501.

Supreme Court of Alabama.
June 10, 1948.

Rehearing Denied June 30, 1948.

E. O. Baldwin, of Andalusia, for petitioner.

A. A. Carmichael, Atty. Gen., and Hugh F. Culverhouse, Asst. Atty. Gen., and B. W. Simmons, Circuit Sol., of Andalusia, opposed.

LIVINGSTON, Justice.

Petition of Hughie (alias Huey) Long for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Long v. State, Ala.App., 36 So.2d 133 (4 Div. 21).

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.